Case Number 06-10369 - HINES, JANIE L

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | 000001 | Check #105 | 337.00 | 4.97 |
| KAUFMANNS<br>PO BOX 66955<br>ST LOUIS MO 63166 | 000002 | Check #106 | 213.52 | 3.15 |
| ---------- Remittance Total ---------------- | | | 550.52 | 8.12 |

*signature*
LAUREN A. HELBLING, Trustee

2011 APR -1 AM 10:04
NORTHERN DISTRICT COURT
CLEVELAND OF OHIO